**Dated: July 01, 2014**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IT547

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
NAKIA WILLIAMS
Debtor(s)                                       Case No. 13-26666-K
SSN(1) XXX-XX-5588

---

ORDER PROVIDING PERCENTAGE TO UNSECURED CREDITORS

---

        In this cause it appearing to the Court that the debtor(s)' plan was confirmed
with the provision that the percentage to be paid to the unsecured creditors was to
be determined by the Trustee upon the expiration of the bar date for the filing of
claims, and it also appearing to the court that said date has passed,

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the percentage to be paid
to the unsecured creditors in the debtor(s)' Chapter 13 plan shall be 50%.


                                        /S/ George W. Stevenson
                                        Chapter 13 Trustee

CC:  George W. Stevenson
LPT
        NAKIA WILLIAMS
        6096 KNIGHTS BRIDGE DRIVE
        MEMPHIS, TN  38115

        COHEN AND FILA, ATTYS